**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

RAFAEL MEDINA, an individual; LAURA BAUTISTA, an individual; PAOLA HERNANDEZ, an individual; ARTAK MALKHASYAN, an individual; REINA LOPEZ, an individual; and MYKHAILO GUMIN, an individual, on behalf of themselves and all persons similarly situated;

Plaintiffs

vs.

AFTERHOURS CLUBWEAR, LLC; AFTERHOURS HARMON CORNER INC.; NIGHTLIFE, LLC; BODY ART, INC; PRINT FACTORY, LLC; SIN CITY 1, LLC; PINCHAS BABAYOFF, an individual; STEPHANE KRIEF, an individual; EIDAN BEREBY, an individual; DOES I-X and ROE CORPORATIONS I-X, inclusive,

Defendants

Case No.:  2:14-cv-00416-RCJ-NJK

[PROPOSED] ORDER GRANTING MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF SERVICE LIST

THIS MATTER came before the Court on the Plaintiffs' Motion to Remove Former Counsel From CM/ECF Service List. Having fully considered the submissions and arguments of the parties,

IT IS HEREBY ORDERED THAT Jeffrey Gronich, Esq. (jgronich@gabroy.com) be removed from the CM/ECF service list and have no further need to receive CM/ECF notification or mail in this case.

IT IS FURTHER ORDERED that counsel for Plaintiffs mail a copy of this Order to former counsel at his last known address:

Jeffrey Gronich, Esq. (#13136)
Jeffrey Gronich, Attorney at Law, P.C.
1810 E. Sahara Ave
Suite 109

Page 4 of 5

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777  FAX: (702) 259-7704

1

Las Vegas, NV 89104
jgronich@gronichlaw.com

2

IT IS SO ORDERED:

3

4

_____

5

United States Magistrate Judge

6

DATED: _August 4, 2014_____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GABROY LAW OFFICES**
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777  FAX:  (702) 259-7704